UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JIMMY TYRONE FISK, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:22-cv-00545-MPB-MKK |
| | ) | |
| T. RULE, | ) | |
| | ) | |
| Respondent. | ) | |

## FINAL JUDGMENT

Jimmy Tyrone Fisk's petition for writ of habeas corpus is **denied** and the action is **dismissed with prejudice**.

Dated: April 9, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

JIMMY TYRONE FISK
254 Spring Valley Drive
McMinnville, TN 37110

Jeffrey D. Preston
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
jeffrey.preston@usdoj.gov